AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

**BEATRICE GANNETT**
        Plaintiff

ORDER ON APPLICATION
TO PROCEED WITHOUT

V.

PREPAYMENT OF FEES

**JANET ABRAMS**
        Defendant

Case Number: 09-4547

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

☐ The clerk is directed to file the complaint, and

☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:
Complaint charges Newark Housing Authority with poor management practices but does not allege a federal cause of action as drafted.

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 10th day of November, 2009

_____
Signature of Judicial Officer

_____
Name and title of Judicial Officer